**Order entered November 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01430-CR
No. 05-12-01603-CR

**NAKIA LASHUAN FRANKLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81048-08, 416-81072-12**

## ORDER

In cause no. 05-12-01430-CR, appellant is appealing the trial court's judgment revoking community supervision. In cause no. 05-12-01603-CR, appellant is appealing her conviction of credit card abuse.

On July 2, 2013, appellant filed a single brief addressing both cases. In cause no. 05-12-01430-CR, appellant purported to file an *Anders* brief. However, all of the *Anders* analysis was related to the case filed as cause no. 05-12-01603-CR. In cause no. 05-12-01603-CR, appellant filed a brief raising a single issue requesting additional back time credit. However, the analysis presented addressed the case filed as cause no. 05-12-01430-CR. By order entered on July 5,

2013, appellant's brief was struck and appellant was ordered to file separate briefs if appellant intended to file an *Anders* brief in one case and a brief on the merits in the other case.

On October 15, 2013, appellant filed separate briefs for the two appeals. In cause no. 05-12-01403-CR, appellant filed an *Anders* brief that analyzes the facts and record of cause no. 05-12-01603-CR. The *Anders* brief is not accompanied by a motion to withdraw. In cause no. 05-12-01603-CR, appellant filed a motion to withdraw from a frivolous appeal with a supporting brief that states in its preamble that it is a brief in support of a motion to withdraw. The brief then, however, raises an issue of back-time credit citing the record in cause no. 05-12-01430-CR.

On October 18, 2013, the trial court issued an agreed order granting appellant additional back-time credit in cause no. 05-12-01430-CR. Subsequently, the State filed a motion to dismiss as moot cause no. 05-12-01603-CR citing as grounds the issuance of the agreed order on back-time credit in cause no. 05-12-01430-CR. In a footnote to its motion, the State explained that the agreed order was misfiled under cause no. 05-12-01430-CR.

Because the briefs were filed under the incorrect cause numbers, we **DIRECT** the Clerk of the Court to file into cause no. 05-12-01430-CR appellant's brief filed on October 15, 2013 in cause no. 05-12-01603-CR. We **DIRECT** the Clerk of the Court to file into cause no. 05-12-01603-CR appellant's brief filed on October 15, 2013 in cause no. 05-12-01430-CR.

The State's October 29, 2013 motion to dismiss cause no. 05-12-01603-CR is **DENIED**.

The appeals will be submitted in due course.


/s/     LANA MYERS
        JUSTICE